EXHIBIT B

**BUDGET**

[see attached]

RM Holdco LLC, et al.
DIP Cash Flow Forecast

| Projected Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 8/12/2018 | 8/19/2018 | 8/26/2018 | 9/2/2018 | 9/9/2018 | 9/16/2018 | 9/23/2018 | 9/30/2018 | 10/7/2018 | 10/14/2018 | 10/21/2018 | 10/28/2018 | 11/4/2018 | 13 weeks |
| Total Cash Receipts from Operations | $4,444,161 | $4,406,149 | $4,353,065 | $4,176,097 | $4,670,858 | $4,121,375 | $4,162,451 | $4,133,170 | $4,139,338 | $4,017,750 | $4,020,808 | $4,136,555 | $3,913,570 | $54,695,347 |
| Food & Beverage | 907,634 | 891,293 | 791,009 | 867,540 | 811,039 | 786,821 | 801,181 | 816,115 | 785,106 | 771,576 | 803,467 | 754,372 | 774,505 | 10,561,658 |
| Utilities | 223,645 | 224,396 | 211,402 | 200,461 | 200,461 | 200,534 | 200,534 | 200,534 | 182,327 | 182,327 | 184,306 | 184,306 | 166,914 | 2,562,146 |
| A/P Others | 615,371 | 466,171 | 487,486 | 404,110 | 398,239 | 394,727 | 396,219 | 397,771 | 520,627 | 498,580 | 500,759 | 518,332 | 452,238 | 6,050,629 |
| Wages / Bonus / PR Taxes | 5,182 | 3,358,850 | 28,274 | 3,047,484 | 639 | 3,720,239 | 2,315 | 3,189,428 | 1,413 | 3,052,544 | 455 | 3,123,891 | 22 | 19,530,737 |
| Health and Benefits | 450,366 | | 61,687 | | 60,651 | | 445,823 | | 59,615 | | 450,204 | | 63,996 | 1,592,343 |
| Rent | | | 1,196,640 | 681,495 | | | | 1,161,815 | 637,633 | | | | 1,783,594 | 5,461,177 |
| Sales Taxes | | | 2,158,346 | | | | | 1,589,624 | | | | 2,241,931 | | 5,989,900 |
| Insurance & WC/GL Payments | 148,596 | 386,651 | 192,978 | 386,651 | 103,846 | 386,651 | 237,728 | 386,651 | 103,846 | 386,651 | 148,596 | 475,783 | 103,846 | 3,448,475 |
| CapEx | 81,442 | 81,442 | 184,442 | 81,442 | 81,442 | 81,442 | 81,442 | 184,442 | 81,442 | 40,721 | 81,442 | 36,888 | 81,442 | 1,179,475 |
| Cash Disbursements from Operations | 2,432,237 | 5,408,803 | 5,312,263 | 5,669,182 | 1,656,317 | 5,570,415 | 2,165,243 | 7,926,381 | 2,372,009 | 4,932,399 | 2,169,229 | 7,335,503 | 3,426,558 | 56,376,540 |
| Operating Net Cash Flow | $2,011,924 | ($1,002,655) | ($959,198) | ($1,493,085) | $3,014,541 | ($1,449,040) | $1,997,208 | ($3,793,211) | $1,767,330 | ($914,649) | $1,851,579 | ($3,198,948) | $487,011 | ($1,681,193) |
| **Chapter 11 Related Cash Flows** | | | | | | | | | | | | | | |
| Ch.11 Debtor Professionals | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 104,577 | 1,359,500 |
| Ch.11 Sec. Lender Professionals | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 53,654 | 697,500 |
| Ch.11 UCC Professionals | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 15,577 | 202,500 |
| Utility Adequate Assurance | | | 380,000 | | | | | | | | | | | 380,000 |
| Court Filing/ US Trustee Fees | 10,302 | | | | | | | | | | | | 500,000 | 510,302 |
| Workers Comp LOC Fees & Interest | | 1,402,783 | | | | | | | 87,674 | | | | | 1,490,456 |
| DIP Facility Fees & Interest | 130,000 | | | 21,667 | | | | | 29,861 | | | | 53,472 | 235,000 |
| Total Chapter 11 Cash Flows | 314,110 | 1,576,590 | 553,808 | 195,474 | 173,808 | 173,808 | 173,808 | 173,808 | 291,343 | 173,808 | 173,808 | 173,808 | 727,280 | 4,875,258 |
| Net Cash Flows | $1,697,814 | ($2,579,245) | ($1,513,006) | ($1,688,559) | $2,840,733 | ($1,622,848) | $1,823,400 | ($3,967,019) | $1,475,987 | ($1,088,457) | $1,677,771 | ($3,372,755) | ($240,269) | ($56,556,452) |
| Beginning Cash Balance | 1,271,945 | 5,969,760 | 3,390,515 | 1,877,509 | 188,950 | 3,029,683 | 1,406,835 | 3,230,235 | 1,763,216 | 3,239,203 | 2,150,746 | 3,828,518 | 455,762 | 1,271,945 |
| Change in Cash | 1,697,814 | (2,579,245) | (1,513,006) | (1,688,559) | 2,840,733 | (1,622,848) | 1,823,400 | (3,967,019) | 1,475,987 | (1,088,457) | 1,677,771 | (3,372,755) | (240,269) | (6,556,452) |
| DIP Facility Draw | 3,000,000 | | | | | | | 2,500,000 | | | | | | 5,500,000 |
| Ending Cash Balance | $5,969,760 | $3,390,515 | $1,877,509 | $188,950 | $3,029,683 | $1,406,835 | $3,230,235 | $1,763,216 | $3,239,203 | $2,150,746 | $3,828,518 | $455,762 | $215,494 | $215,494 |