IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RM HOLDCO LLC, et al.,[1] | Case No. 18-11795 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 83 |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 83**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 330, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-2,* Nunc Pro Tunc *to the Petition Date* [D.I. 83] (the "Application"), filed on August 15, 2018. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Application. Objections to the Application were to be filed and served no later than August 29, 2018, at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed order attached to the Application be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: RM Holdco LLC (6847); RM Opco LLC (7122); RM HQ LLC (8615); RM Chevys LLC (N/A); RM Acapulco LLC (N/A); and RM El Torito LLC (N/A). The Debtors' headquarters and mailing address is 5660 Katella Avenue, Suite 200, Cypress, CA 90630. The Debtors operate restaurants under the following names: (1) El Torito Cantina Autentica; (2) Chevys Fresh Mex; (3) Acapulco Restaurant y Cantina; (4) El Torito Grill Mexican Revolution; (5) Sinigual Contemporary Mexican Cuisine; (6) Las Brisas; and (7) Who Song and Larry's.

01:23584777.1

| | |
|---|---|
| Dated: August 30, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Christina M. Craige<br>Ariella Thal Simonds<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>　　　　-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Elizabeth S. Justison*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Andrew L. Magaziner (No. 5426)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |