**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RM HOLDCO, LLC., et al., | Case No. 18-11795 (MFW) |
| Debtors. | (Jointly Administered) |

**REQUEST FOR NOTICES**

    PLEASE TAKE NOTICE that Kohner, Mann & Kailas, S.C. ("KMK") is counsel for Ecolab Inc., a creditor or party in interest in the case of RM HOLDCO, LLC, et al.  KMK requests that it receive, in addition to notice of matters set forth in Rule 2002, all notices issued in the above captioned case after the date of this Notice; and KMK further requests a copy of all documents filed in the above captioned case after the date of this Notice, including but not limited to motions and other pleadings, stipulations, settlement agreements or orders of any kind.

    KMK further requests that the Debtor and Clerk of the United States Bankruptcy Court <u>place the following name and address on the master mailing matrix and any abbreviated service list</u> in the above captioned proceeding:

> Kohner, Mann & Kailas, S.C.
> Attn:  Samuel C. Wisotzkey
> Washington Building
> Barnabas Business Center
> 4650 North Port Washington Road
> Milwaukee, WI  53212-1059
> swisotzkey@kmksc.com

Dated: August 31, 2018

> KOHNER, MANN & KAILAS, S.C.
> Attorneys for Ecolab Inc.
>
>
> By:   /s Samuel C. Wisotzkey
>       SAMUEL C. WISOTZKEY
> Washington Building
> Barnabas Business Center
> 4650 North Port Washington Road
> Milwaukee, WI  53212-1059
> Telephone (414) 962-5110
> Facsimile   (414) 962-8725
> Email: swisotzkey@kmksc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2018, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

> By:   /s Samuel C. Wisotzkey
>         SAMUEL C. WISOTZKEY
> KOHNER, MANN & KAILAS, S.C.
> Washington Building
> Barnabas Business Center
> 4650 North Port Washington Road
> Milwaukee, WI  53212-1059
> Telephone (414) 962-5110
> Facsimile   (414) 962-8725
> Attorneys for Ecolab Inc.