## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RM Holdco LLC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11795 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 288 |

## NOTICE OF ASSUMPTION AND ASSIGNMENT OF
## DESIGNATION RIGHT CONTRACT

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND (II) THE PARTY LISTED ON EXHIBIT A AND KNOWN COUNSEL OF RECORD (IF ANY).

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), on August 5, 2018, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On September 28, 2018, the Court entered that certain *Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside of the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of all Liens, (III) Authorizing the Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* [D.I. 288] (the "Sale Order"),[2] thereby approving the sale (the "Sale") of certain of the Debtors' assets and the assumption and assignment of certain executory contracts and unexpired leases to FM Restaurants (PT), LLC (the "Purchaser"), pursuant to that certain Asset Purchase Agreement dated August 5, 2018 (the "APA"). The Purchaser has subsequently assigned its rights and obligations pursuant to the APA to certain assignees including FM Restaurants HoldCo LLC, pursuant to that certain Assignment of Rights and Obligations Agreement, made and dated as of October 28, 2018, among the Purchaser and the parties listed as "Purchaser's Assignees" on Schedule 1 attached thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RM Holdco LLC (6847); RM Opco LLC (7122); RM HQ LLC (8615); RM Chevys LLC (N/A); RM Acapulco LLC (N/A); and RM El Torito LLC (N/A). The Debtors' headquarters and mailing address is 5660 Katella Avenue, Suite 200, Cypress, CA 90630. The Debtors operate restaurants under the following names: (1) El Torito Cantina Autentica; (2) Chevys Fresh Mex; (3) Acapulco Restaurant y Cantina; (4) El Torito Grill Mexican Revolution; (5) Sinigual Contemporary Mexican Cuisine; (6) Las Brisas; and (7) Who Song and Larry's.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sale Order.

The Sale closed on October 29, 2018.

Under the APA, the Purchaser may request assumption and assignment of any Designation Right Contracts. Pursuant to paragraph 38 of the Sale Order, with respect to each Designation Right Contract that the Purchaser seeks to assume within the Designation Rights Period, the Purchaser must (i) deliver an Assumption Notice to the Debtors and (ii) provide supplemental information, to the degree not previously provided or if such information has changed since previously provided, regarding the Purchaser's provision of adequate assurance of future performance in respect of such Designation Right Contract subject to assumption and assignment. The Purchaser has not provided updated or further adequate assurance information from what was previously provided.

Consistent with paragraph 38 of the Sale Order, the Purchaser has directed the Debtors to assume and assign that certain Designation Right Contract set forth on Exhibit A hereto. Accordingly, the Debtors hereby file this Notice and serve it via overnight mail and facsimile or email (if available) upon the applicable non-Debtor counterparty to the Designation Right Contract to be assumed, as well as the counsel of record in these cases (if any) to such non-Debtor counterparty.

Because the Supplemental Adequate Assurance and Cure Amount does not differ from the previously proposed adequate assurance of future performance and Cure Amount designated for the Designation Right Contract identified on Exhibit A hereto, any objection to (i) the proposed assumption, assignment, or designation of such party's Designation Right Contract, (ii) the applicable Cure Amount, or (iii) the provision of adequate assurance of future performance, which objection shall be limited to any change in circumstances regarding the proposed adequate assurance or Cure Amount since the date of the Sale Hearing, must be: (i) in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, **on or before 4:00 p.m. (prevailing Eastern Time) on November 21, 2018 (the "Designation Right Contract Objection Deadline")**; (iv) served, so as to be actually received on or before the Designation Right Contract Objection Deadline, upon the Objection Notice Parties (as defined herein); and (v) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated cure amount that the Counterparty believes is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code for the Assumed Contract, along with the specific nature and dates of any alleged defaults, the pecuniary losses, if any, resulting therefrom, and the conditions giving rise thereto. The "Objection Notice Parties" are as follows: (i) the Debtors, 5660 Katella Avenue, Suite 200, Cypress, CA 90630 (Attn: Jonathan Tibus, JTibus@alvarezandmarsal.com); (ii) co-counsel to the Debtors, Sidley Austin LLP, 555 W. 5th St., Suite 4000, Los Angeles, CA 90013 (Attn: Christina M. Craige, Esq., ccraige@sidley.com and Anna Gumport, Esq., agumport@sidley.com); (iii) co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Robert Brady, Esq., rbrady@ycst.com); (iv) counsel to the Purchaser, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 1006 (Attn: James Bromley, Esq., jbromley@cgsh.com and Jane VanLare, Esq., jvanlare@cgsh.com); (v) co-counsel to the Purchaser, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801 (Attn: Derek C. Abbott, Esq., dabbott@mnat.com); and (vii) the

Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin Hackman, Esq., Benjamin.A.Hackman@usdoj.gov).

| | |
|---|---|
| Dated:  November 16, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Christina M. Craige<br>Ariella Thal Simonds<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone:  (213) 896-6000<br>Facsimile:  (213) 896-6600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Edmon L. Morton (No. 3856)<br>Andrew L. Magaziner (No. 5426)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |

## **Exhibit A - Lease List**

| Unit | Location | State | Concept | Address | Landlord |
|------|----------|-------|---------|---------|----------|
| 7232 | Cypress | CA | El Torito | 5995 Katella Avenue, Cypress, CA 90630 | CEE-N-TEE, a California Corporation (together with its predecessors-in-interest) |

01:23875902.2