# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RM Wind-Down Holdco LLC, <u>et al.</u>,[1] | Case No. 18-11795 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 17, 2019 AT 10:30 A.M. (ET)

## RESOLVED/ADJOURNED MATTERS

1.  Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA and Approving Certain Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Omit Certain Confidential Schedules form the Stalking Horse APA, (C) Authorizing and Approving Bidding Procedures, (D) Scheduling an Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale, and (C) Granting Related Relief [D.I. 15, 8/6/18]

    Objection Deadline:    September 20, 2018 at 4:00 p.m. (ET)

    Related Documents:

    a)  Order (A) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA and Approving Certain Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Redact Certain Confidential Schedules from the Stalking Horse APA, (C) Authorizing and Approving Bidding Procedures, (D) Scheduling an Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief [D.I. 187, 9/6/18]

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows:  RM Wind-Down Holdco LLC (f/k/a RM Holdco LLC) (6847); RM Wind-Down Opco LLC (f/k/a RM Opco LLC) (7122); RM Wind-Down HQ LLC (f/k/a RM HQ LLC) (8615); RM Wind-Down Chevys LLC (f/k/a RM Chevys LLC) (N/A); RM Wind-Down Acapulco LLC (f/k/a RM Acapulco LLC) (N/A); and RM Wind-Down El Torito LLC (f/k/a RM El Torito LLC) (N/A)..

b) Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Certain Assets of the Debtors Outside of the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, (III) Authorizing the Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [D.I. 288, 9/28/18]

c) Notice of Hearing [D.I. 323, 10\15\18]

d) Certification of Counsel Regarding Proposed Order Approving Stipulation Among the Debtors, FM Restaurants (PT), LLC and Westchester Fire Insurance Company Filed by RM Holdco LLC. [D.I. 337, 10/23/18]

e) Order Approving Stipulation Among the Debtors, FM Restaurants (PT), LLC and Westchester Fire Insurance Company [D.I. 340, 10/24/18]

Objections Filed:

a) Ecolab Inc.'s Limited Objection and Reservation of Rights to Debtors' Motion for Orders (I) Approving the Sale of Substantially all of Debtors' Assets Free and Clear of Interests; and (II) Approving the Assumption and Assignment of Contracts and Leases [D.I. 219, 9/19/18]

b) Objection by Milpitas Town Center 2008 L.P. to Debtor RM El Torito, LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 235, 9/20/18]

c) Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Assumption Notices  [D.I. 236, 9/20/18]

d) Objection of Westchester Fire Insurance Company to Debtors' Sale Motion [D.I. 239, 9/20/18]

e) Objection and Reservation of Rights of Anschutz La Soccer, Inc. aka Los Angeles Galaxy to Debtors' Notices of Possible Assumption and Assignment and Cure Amounts [D.I. 242, 9/20/18]

f) Objection by the Joseph K. and Inez Eichenbaum Foundation to Debtor RM El Torito LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 246, 9/21/18]

g) Limited Objection of Brixmor Property Group, Inc., JCC California Properties, LLC, and the Macerich Company to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 247, 9/21/18]

h) Limited Objection of SMBP LLC to Debtors' Assumption and Assignment of Lease and Proposed Cure Amount [D.I. 248, 9/21/18]

i) Objection by Shapell SoCal Rental Properties, LLC, Successor in Interest to Shapell Industries Inc. to Debtor RM El Torito, LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 249, 9/21/18]

j) Objection of Hospitality, LLC to Debtors' Proposed Cure Amount [D.I. 250, 9/21/18]

k) Limited Objection of CPT Riverside Plaza, LLC and 2640 Bristol, LLC, an Arizona Limited Liability Company, as to an Undivided Sixty-Nine and Two-Tenths Percent (69.2%) Tenant's in Common Interest and CB Mills Partners, LLC, a California Limited Liability Company, as to an Undivided Thirty and Eight-Tenths Percent (30.8%) Tenant's in Common Interest to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 251, 9/21/18]

l) Objection by County of Orange to Debtor RM Holdco LLC's Revised Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors and Reservation of Rights [D.I. 252, 9/21/18]

m) Objection of CNL Funding 2000-A, LP to Revised Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 260, 9/24/18]

n) Objection by Hastings Village Investment Co., LP. to Cure Amount with Respect to Lease of Premises Located at 333 Foothill Boulevard, Pasadena, California, Unit 7163 [D.I. 261, 9/24/18]

o) Limited Objection of PL Pentagon, LLC and PK II Tanasbourne Village LP to Debtors' Motion for Assumption and Assignment of Lease and Proposed Cure [D.I. 262, 9/24/18]

p) Limited Objection of PRD Properties L.P. and Gerald Vance Dicker and Patricia Ruth Dicker, Trustees, to Debtors' Assumption and Assignment of Lease, Proposed Cure Amount and Certain Provisions of the Proposed Sale Order [D.I. 268, 9/25/18]

q) Informal Response of the U.S. Trustee

r) Informal Response of Marina Pacifica

3

Status: The informal responses of the U.S. Trustee and Marina Pacifica, as well as the formal objections listed in items (a), (b), (c), (d), (e), (f), (h), (i), (j), (l) and (o) have been resolved. Item (g) has been rendered moot by the Debtors' rejection of the underlying lease. This matter has been adjourned until the next scheduled Omnibus Hearing, February 25, 2019 at 3:00 p.m. (ET), by agreement of the parties with respect to items (k), (m), (n) and (p). No hearing is required.

2.   Debtors' Fourth Omnibus Motion for Entry of an Order Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing (I) Rejection of Certain Leases of Nonresidential Real Property Effective Nunc Pro Tunc to November 30, 2018 and (II) Abandonment of Any Real Remaining Property at Locations Covered by Rejected Real Property Leases [D.I. 411, 11/29/18]

Objection Deadline:   December 13, 2018 at 4:00 p.m. (ET)

Related Documents:

   a)   Certificate of No Objection [D.I. 430, 12/17/18]

   b)   Order Authorizing (I) Rejection of Certain Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to November 30, 2018 and (II) Abandonment of Any Real Remaining Property at Locations Covered by Rejected Real Property Leases [D.I. 436, 12/18/18]

Objections Filed:       None

Status: An order has been entered. No hearing is required.

3.   Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof [D.I. 412, 11/30/18]

Objection Deadline:   December 14, 2018 at 4:00 p.m. (ET)

Related Documents:

   a)   Certificate of No Objection [D.I 431, 12/17/18]

   b)   Order Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof [D.I. 435, 12/18/18]

Objections Filed:       None

Status: An order has been entered. No hearing is required.

01:23976070.1

4.  Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 432, 12/17/18]

    Objection Deadline:    December 31, 2018 at 4:00 p.m. (ET)

    Related Documents:

        a)  Notice of Submission of Copies of Proofs of Claim [D.I. 457, 1/2/19]

        b)  Certificate of No Objection [D.I. 459, 1/4/19]

        c)  Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 462, 1/8/19]

    Objections Filed:    None

    Status: An order has been entered.  No hearing is required.

5.  Motion of CNL Funding 2000-A, LP for Allowance and Payment of Administrative Expense Claim [D.I. 445, 12/26/18]

    Objection Deadline:    January 7, 2018 at 4:00 p.m. (ET), extended to February 11, 2019 for the Debtors

    Objections Filed:    None as of the filing of this Agenda

    Status: This matter is adjourned by agreement of the parties to February 25, 2019 at 3:00 p.m. (ET).

## FEE APPLICATIONS

1.  First Interim Fee Application of the Debtors' Professionals for the Period From August 5, 2018 Through and Including October 31, 2018 [D.I. 427, 12/17/18]

    Objection Deadline:    January 7, 2019 at 4:00 p.m. (ET)

    Related Documents:

        a)  See Schedule 1, attached

        b)  Certification of Counsel [D.I. 468, 1/10/19]

    Objections:    None

Status: At the direction of the Court this matter is adjourned to February 25, 2019 at 3:00 p.m. (ET)

## UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL

2.  Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 433, 12/17/18]

    Objection Deadline:   December 31, 2018 at 4:00 p.m. (ET)

    Related Documents:

    a)  Notice of Submission of Copies of Proofs of Claim [D.I. 458, 1/2/19]

    b)  Certification of Counsel [D.I. 467, 1/9/19]

    Objections Filed:

    c)  Response to Debtors' Second Omnibus (Substantive) Objection to Claim No. 242 of Diversified Investment Company [D.I. 454, 12/28/18]

    d)  Informal Response of JCC California Properties LLC

    Status:  The Debtors have agreed to withdraw the Objection with respect to Claim No. 242, and the response listed as Item (c) is therefore resolved pursuant to the terms of the revised form of order (the "Revised Order") submitted under certification of counsel.  The Debtors have also resolved the response listed as Item (d) on the terms set forth in the Revised Order.  No hearing is required unless the Court has questions or concerns.

3.  Debtors' Motion for Entry of an Order Authorizing and Approving Five Sales of Liquor Licenses Free and Clear of All Liens, Claims and Encumbrances [D.I. 450, 12/27/18]

    Objection Deadline:   January 10, 2018 at 4:00 p.m. (ET)

    Related Documents:

    a)  Notice of Filing of Additional Executed Purchase Agreements [D.I. 465, 1/8/19]

    b)  Certification of Counsel [D.I. 469, 1/11/19]

    Objections Filed:       None

6

Status: As set forth in the Notice listed as Item (a) above, the Debtors have removed one Liquor License from the Motion, and a revised form of order reflecting that revision has been submitted under certification of counsel.  No hearing is required unless the Court has questions or concerns.

Dated:  January 11, 2019
Wilmington, Delaware

SIDLEY AUSTIN LLP
Christina M. Craige
Ariella Thal Simonds
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

01:23976070.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RM Wind-Down Holdco LLC, et al.,[2] | Case No. 18-11795 (MFW) |
| Debtors. | Jointly Administered |

## SCHEDULE 1
## FEE APPLICATION INDEX
## FIRST INTERIM FEE REQUEST

A.    First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, Counsel for the Debtors, for the Period From August 5, 2018 Through and Including October 31, 2018 [D.I. 427, 12/17/18]

1.    Monthly Application for the Period August 5, 2018 through October  31, 2018 [D.I. 332, 10/22/18]

2.    Certificate of No Objection [D.I. 395, 11/26/18]

3.    Monthly Application for the Period September 1, 2018 through September 30, 2018 [D.I. 342, 10/24/18]

4.    Certificate of No Objection [D.I. 396, 11/26/18]

5.    Monthly Application for the Period October 1, 2018 through October 31, 2018 [D.I. 419, 12/4/18]

6.    Certificate of No Objection [D.I. 446, 12/27/18]

7.    Supplement to First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 429, 12/17/18]

---

[2]    The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows:  RM Wind-Down Holdco LLC (f/k/a RM Holdco LLC) (6847); RM Wind-Down Opco LLC (f/k/a RM Opco LLC) (7122); RM Wind-Down HQ LLC (f/k/a RM HQ LLC) (8615); RM Wind-Down Chevys LLC (f/k/a RM Chevys LLC) (N/A); RM Wind-Down Acapulco LLC (f/k/a RM Acapulco LLC) (N/A); and RM Wind-Down El Torito LLC (f/k/a RM El Torito LLC) (N/A)..

B.  First Interim Fee Application of Sidley Austin LLP, Counsel for the Counsel for the Debtors for the Period From August 5, 2018 Through October 31, 2018 [D.I. 427, 12/17/18]

   1.  Monthly Application for the Period August 1, 2018 through August 31, 2018 [D.I. 306, 10/4/18]

   2.  Certificate of No Objection [D.I. 352, 10/29/18]

   3.  Monthly Application for the Period September 1, 2018 through September 30, 2018 [D.I. 355, 10/31/18]

   4.  Certificate of No Objection [D.I. 397, 11/26/18

   5.  Monthly Application for the Period October 1, 2018 through October 31, 2018 [D.I. 420, 12/5/18]

   6.  Certificate of No Objection [D.I. 447, 12/27/18]]

   7.  Supplement to First Interim Fee Application of Sidley Austin LLP [D.I. 428, 12/17/18]

C.  First Interim Fee Application of Kurtzman Carson Consultants LLC for the Period From August 5, 2018 Through October 31, 2018 [D.I. 427, 12/17/18]

   1.  Application for the Period August 5, 2018 through October 31, 2018 [D.I. 424, 12/13/18]

   2.  Certificate of No Objection [D.I. 463, 1/8/19]

01:23976070.1