# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RM Wind-Down Holdco LLC, <u>et al.</u>,[1] | Case No. 18-11795 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 26, 2019 AT 2:00 P.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA and Approving Certain Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Omit Certain Confidential Schedules form the Stalking Horse APA, (C) Authorizing and Approving Bidding Procedures, (D) Scheduling an Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale, and (C) Granting Related Relief [D.I. 15, 8/6/18]

    Objection Deadline:   September 20, 2018 at 4:00 p.m. (ET)

    Related Documents:

    a) Order (A) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA and Approving Certain Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Redact Certain Confidential Schedules from the Stalking Horse APA, (C) Authorizing and Approving Bidding Procedures, (D) Scheduling an Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief [D.I. 187, 9/6/18]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RM Wind-Down Holdco LLC (f/k/a RM Holdco LLC) (6847); RM Wind-Down Opco LLC (f/k/a RM Opco LLC) (7122); RM Wind-Down HQ LLC (f/k/a RM HQ LLC) (8615); RM Wind-Down Chevys LLC (f/k/a RM Chevys LLC) (N/A); RM Wind-Down Acapulco LLC (f/k/a RM Acapulco LLC) (N/A); and RM Wind-Down El Torito LLC (f/k/a RM El Torito LLC) (N/A)..

2.   01:24

 b) Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Certain Assets of the Debtors Outside of the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, (III) Authorizing the Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [D.I. 288, 9/28/18]

 c) Notice of Hearing [D.I. 323, 10\15\18]

 d) Certification of Counsel Regarding Proposed Order Approving Stipulation Among the Debtors, FM Restaurants (PT), LLC and Westchester Fire Insurance Company Filed by RM Holdco LLC. [D.I. 337, 10/23/18]

 e) Order Approving Stipulation Among the Debtors, FM Restaurants (PT), LLC and Westchester Fire Insurance Company [D.I. 340, 10/24/18]

 f) Notice of Assumption and Assignment of Designation Right Contract [D.I. 535, 2/21/19]

 g) Withdrawal of Limited Objection of PRD Properties L.P. and Gerald Vance Dicker and Patricia Ruth Dicker, Trustees, to Debtors' Assumption and Assignment of Lease, Proposed Cure Amount and Certain Provisions of the Proposed Sale Order [D.I. 537, 2/22/19]

Objections Filed:

 a) Ecolab Inc.'s Limited Objection and Reservation of Rights to Debtors' Motion for Orders (I) Approving the Sale of Substantially all of Debtors' Assets Free and Clear of Interests; and (II) Approving the Assumption and Assignment of Contracts and Leases [D.I. 219, 9/19/18]

 b) Objection by Milpitas Town Center 2008 L.P. to Debtor RM El Torito, LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 235, 9/20/18]

 c) Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Assumption Notices [D.I. 236, 9/20/18]

 d) Objection of Westchester Fire Insurance Company to Debtors' Sale Motion [D.I. 239, 9/20/18]

 e) Objection and Reservation of Rights of Anschutz La Soccer, Inc. aka Los Angeles Galaxy to Debtors' Notices of Possible Assumption and Assignment and Cure Amounts [D.I. 242, 9/20/18]

f) Objection by the Joseph K. and Inez Eichenbaum Foundation to Debtor RM El Torito LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 246, 9/21/18]

g) Limited Objection of Brixmor Property Group, Inc., JCC California Properties, LLC, and the Macerich Company to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 247, 9/21/18]

h) Limited Objection of SMBP LLC to Debtors' Assumption and Assignment of Lease and Proposed Cure Amount [D.I. 248, 9/21/18]

i) Objection by Shapell SoCal Rental Properties, LLC, Successor in Interest to Shapell Industries Inc. to Debtor RM El Torito, LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 249, 9/21/18]

j) Objection of Hospitality, LLC to Debtors' Proposed Cure Amount [D.I. 250, 9/21/18]

k) Limited Objection of CPT Riverside Plaza, LLC and 2640 Bristol, LLC, an Arizona Limited Liability Company, as to an Undivided Sixty-Nine and Two-Tenths Percent (69.2%) Tenant's in Common Interest and CB Mills Partners, LLC, a California Limited Liability Company, as to an Undivided Thirty and Eight-Tenths Percent (30.8%) Tenant's in Common Interest to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 251, 9/21/18]

l) Objection by County of Orange to Debtor RM Holdco LLC's Revised Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors and Reservation of Rights [D.I. 252, 9/21/18]

m) Objection of CNL Funding 2000-A, LP to Revised Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 260, 9/24/18]

n) Objection by Hastings Village Investment Co., LP. to Cure Amount with Respect to Lease of Premises Located at 3333 Foothill Boulevard, Pasadena, California, Unit 7163 [D.I. 261, 9/24/18]

o) Limited Objection of PL Pentagon, LLC and PK II Tanasbourne Village LP to Debtors' Motion for Assumption and Assignment of Lease and Proposed Cure [D.I. 262, 9/24/18]

p) Limited Objection of PRD Properties L.P. and Gerald Vance Dicker and Patricia Ruth Dicker, Trustees, to Debtors' Assumption and Assignment of

01:24257141.1

3

       Lease, Proposed Cure Amount and Certain Provisions of the Proposed Sale Order [D.I. 268, 9/25/18]

    q) Informal Response of the U.S. Trustee

    r) Informal Response of Marina Pacifica

Status: The informal responses of the U.S. Trustee and Marina Pacifica, as well as the formal objections listed in items (a), (b), (c), (d), (e), (f), (h), (i), (j), (k), (l), (m), and (o) have been resolved. Item (g) has been rendered moot by the Debtors' rejection of the underlying lease. Item (p) has been withdrawn. This matter has been adjourned until the next scheduled Omnibus Hearing, by agreement of the parties with respect to item (n).

2. Motion for Relief from Automatic Stay to Allow Creditor Rafael Galvan to Proceed with Personal Injury Claims [D.I. 546, 2/27/19]

Objection Deadline:  March 19, 2019 at 4:00 p.m. (ET)

Related Document:

    a) Notice of Motion [D.I. 547, 2/27/19]

Objections Filed:

    a) Limited Objection and Reservation of Rights Regarding Motion for Relief From Automatic Stay to Allow Creditor Rafael Galvan to Proceed with Personal Injury Claims [D.I. 576, 3/19/19]

Status: The parties have agreed to adjourn this matter to April 25, 2019 at 10:30 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

3. Debtors' Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Location Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 538, 2/22/19]

Objection Deadline:  March 8, 2019 at 4:00 p.m. (ET)

Related Documents:

    a) Certificate of No Objection [D.I. 566, 3/11/19]

    b) Notice of Submission of Claims [D.I. 569, 3/11/19]

    c) Proposed Order

Objections Filed:    None

Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions or concerns.

4. Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 539, 2/22/19]

   Objection Deadline:   March 8, 2019 at 4:00 p.m. (ET)

   Related Documents:

   a) Certificate of No Objection [D.I. 567, 3/19/19 ]

   b) Notice of Submission of Claims [D.I. 570, 3/11/19]

   c) Proposed Order

   Objections Filed:    None

   Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions or concerns.

5. Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing (I) Rejection of That Certain Lease of Nonresidential Real Property Located in Wichita, Kansas, Effective *Nunc Pro Tunc* to February 28, 2019, and (II) Abandonment of Any Remaining Property at Such Location [D.I. 545, 2/26/19]

   Objection Deadline:   March 12, 2019 at 4:00 p.m. (ET)

   Related Documents:

   a) Certificate of No Objection [D.I. 577, 3/20/19]

   b) Proposed Order

   Objections Filed:    None

   Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions or concerns.

01:24257141.1

5

6. Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof [D.I. 551, 3/1/19]

    Objection Deadline:    March 15, 2019 at 4:00 p.m. (ET)

    Related Documents:

    a) Certificate of No Objection [D.I. 578, 3/20/19]

    b) Order

    Objections Filed:    None

    Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions or concerns.

7. Debtors' Motion for Entry of an Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28.U.S.C. § 1452 [D.I. 555, 3/4/19]

    Objection Deadline:    March 18, 2019 at 4:00 p.m. (ET)

    Related Documents:

    a) Certificate of No Objection [D.I. 579, 3/20/19]

    b) Proposed Order

    Objections Filed:    None

    Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions or concerns.

| | |
|---|---|
| Dated: March 21, 2019<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>Christina M. Craige<br>Anna Gumport<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Andrew L. Magaziner (No. 5426)<br>Elizabeth S. Justison (No. 5911)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |