**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RM Wind-Down Holdco LLC, et al.[1] | Case No. 18-11795 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
CHRISTINA M. CRAIGE AND ARIELLA THAL SIMONDS**

PLEASE TAKE NOTICE that Christina M. Craige and Ariella Thal Simonds hereby withdraw their appearance as counsel of record for RM Wind-Down Holdco LLC and its affiliates (collectively, the "Debtors") in the above-captioned cases (collectively, the "Chapter 11 Cases"), and request that they be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in these Chapter 11 Cases. The law firms of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, and their attorneys of record, other than Christina M. Craige and Ariella Thal Simonds, continue to represent the Debtors and hereby request that all notices given or required to be served in these Chapter 11 Cases continue to be given to and served to such attorneys of record.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RM Wind-Down Holdco LLC (f/k/a RM Holdco LLC) (6847); RM Wind-Down Opco LLC (f/k/a RM Opco LLC) (7122); RM Wind-Down HQ LLC (f/k/a RM HQ LLC) (8615); RM Wind-Down Chevys LLC (f/k/a RM Chevys LLC) (N/A); RM Wind-Down Acapulco LLC (f/k/a RM Acapulco LLC) (N/A); and RM Wind-Down El Torito LLC (f/k/a RM El Torito LLC) (N/A).

| | |
|---|---|
| Dated: April 5, 2019<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>Anna Gumport<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Andrew L. Magaziner (No. 5426)<br>Elizabeth S. Justison (No. 5911)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |

01:24354164.1