**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RM Wind-Down Holdco LLC, et al.,[1] | Case No. 18-11795 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 25, 2019 AT 10:30 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA and Approving Certain Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Omit Certain Confidential Schedules form the Stalking Horse APA, (C) Authorizing and Approving Bidding Procedures, (D) Scheduling an Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale, and (C) Granting Related Relief [D.I. 15, 8/6/18]

   Objection Deadline:   September 20, 2018 at 4:00 p.m. (ET)

   Related Documents:

   a) Order (A) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA and Approving Certain Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Redact Certain Confidential Schedules from the Stalking Horse APA, (C) Authorizing and Approving Bidding Procedures, (D) Scheduling an Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief [D.I. 187, 9/6/18]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RM Wind-Down Holdco LLC (f/k/a RM Holdco LLC) (6847); RM Wind-Down Opco LLC (f/k/a RM Opco LLC) (7122); RM Wind-Down HQ LLC (f/k/a RM HQ LLC) (8615); RM Wind-Down Chevys LLC (f/k/a RM Chevys LLC) (N/A); RM Wind-Down Acapulco LLC (f/k/a RM Acapulco LLC) (N/A); and RM Wind-Down El Torito LLC (f/k/a RM El Torito LLC) (N/A)..

b) Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Certain Assets of the Debtors Outside of the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, (III) Authorizing the Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [D.I. 288, 9/28/18]

c) Notice of Hearing [D.I. 323, 10\15\18]

d) Certification of Counsel Regarding Proposed Order Approving Stipulation Among the Debtors, FM Restaurants (PT), LLC and Westchester Fire Insurance Company Filed by RM Holdco LLC. [D.I. 337, 10/23/18]

e) Order Approving Stipulation Among the Debtors, FM Restaurants (PT), LLC and Westchester Fire Insurance Company [D.I. 340, 10/24/18]

f) Notice of Assumption and Assignment of Designation Right Contract [D.I. 535, 2/21/19]

g) Withdrawal of Limited Objection of PRD Properties L.P. and Gerald Vance Dicker and Patricia Ruth Dicker, Trustees, to Debtors' Assumption and Assignment of Lease, Proposed Cure Amount and Certain Provisions of the Proposed Sale Order [D.I. 537, 2/22/19]

Objections Filed:

a) Ecolab Inc.'s Limited Objection and Reservation of Rights to Debtors' Motion for Orders (I) Approving the Sale of Substantially all of Debtors' Assets Free and Clear of Interests; and (II) Approving the Assumption and Assignment of Contracts and Leases [D.I. 219, 9/19/18]

b) Objection by Milpitas Town Center 2008 L.P. to Debtor RM El Torito, LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 235, 9/20/18]

c) Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Assumption Notices [D.I. 236, 9/20/18]

d) Objection of Westchester Fire Insurance Company to Debtors' Sale Motion [D.I. 239, 9/20/18]

e) Objection and Reservation of Rights of Anschutz La Soccer, Inc. aka Los Angeles Galaxy to Debtors' Notices of Possible Assumption and Assignment and Cure Amounts [D.I. 242, 9/20/18]

f)  Objection by the Joseph K. and Inez Eichenbaum Foundation to Debtor RM El Torito LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 246, 9/21/18]

g)  Limited Objection of Brixmor Property Group, Inc., JCC California Properties, LLC, and the Macerich Company to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 247, 9/21/18]

h)  Limited Objection of SMBP LLC to Debtors' Assumption and Assignment of Lease and Proposed Cure Amount [D.I. 248, 9/21/18]

i)  Objection by Shapell SoCal Rental Properties, LLC, Successor in Interest to Shapell Industries Inc. to Debtor RM El Torito, LLC's Notice of Proposed Cure Amounts and Reservation of Rights [D.I. 249, 9/21/18]

j)  Objection of Hospitality, LLC to Debtors' Proposed Cure Amount [D.I. 250, 9/21/18]

k)  Limited Objection of CPT Riverside Plaza, LLC and 2640 Bristol, LLC, an Arizona Limited Liability Company, as to an Undivided Sixty-Nine and Two-Tenths Percent (69.2%) Tenant's in Common Interest and CB Mills Partners, LLC, a California Limited Liability Company, as to an Undivided Thirty and Eight-Tenths Percent (30.8%) Tenant's in Common Interest to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 251, 9/21/18]

l)  Objection by County of Orange to Debtor RM Holdco LLC's Revised Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors and Reservation of Rights [D.I. 252, 9/21/18]

m) Objection of CNL Funding 2000-A, LP to Revised Notice of Possible Assumption and Assignment and Cure Amounts with Respect to the Executory Contracts and Unexpired Leases of the Debtors [D.I. 260, 9/24/18]

n)  Objection by Hastings Village Investment Co., LP. to Cure Amount with Respect to Lease of Premises Located at 3333 Foothill Boulevard, Pasadena, California, Unit 7163 [D.I. 261, 9/24/18]

o)  Limited Objection of PL Pentagon, LLC and PK II Tanasbourne Village LP to Debtors' Motion for Assumption and Assignment of Lease and Proposed Cure [D.I. 262, 9/24/18]

p)  Limited Objection of PRD Properties L.P. and Gerald Vance Dicker and Patricia Ruth Dicker, Trustees, to Debtors' Assumption and Assignment of

        Lease, Proposed Cure Amount and Certain Provisions of the Proposed Sale Order [D.I. 268, 9/25/18]

    q) Informal Response of the U.S. Trustee

    r) Informal Response of Marina Pacifica

Status: The informal responses of the U.S. Trustee and Marina Pacifica, as well as the formal objections listed in Items (a), (b), (c), (d), (e), (f), (h), (i), (j), (k), (l), (m), (o), (q) and (r) have been resolved. Item (g) has been rendered moot by the Debtors' rejection of the underlying lease. Item (p) has been withdrawn. The parties are working towards a consensual resolution of Item (n); pending final agreement this matter has been adjourned until the next scheduled Omnibus Hearing by agreement of the parties.

2. Motion for Relief from Automatic Stay to Allow Creditor Rafael Galvan to Proceed with Personal Injury Claims [D.I. 546, 2/27/19]

Objection Deadline: March 19, 2019 at 4:00 p.m. (ET)

Related Document:

    a) Notice of Motion [D.I. 547, 2/27/19]

    b) Consensual Order Granting Motion of Rafael Gavan for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code in Order to Pursue Recovery for Personal Injury Claims from Applicable Insurance Proceeds [D.I. 595, 3/28/19]

Objections Filed:

    a) Limited Objection and Reservation of Rights Regarding Motion for Relief From Automatic Stay to Allow Creditor Rafael Galvan to Proceed with Personal Injury Claims [D.I. 576, 3/19/19]

Status: An order has been entered. No hearing is required.

3. Anne-Marie Berte's Motion for Relief from Automatic Stay [D.I. 543, 2/26/19]

Objection Deadline: April 18, 2019 at 4:00 p.m. (ET)

Related Documents:

    a) Notice of Adjourned Hearing [D.I. 603, 4/5/19]

Objections Filed:   None

Status: Movant has adjourned this matter to a date and time to be determined.

4. Debtors' Supplemental Application for Entry of an Order (I) Authorizing the Expansion of the Retention and Employment of Grant Thornton LLP as Tax Compliance and Advisory Service Provider, *Nunc Pro Tunc* to February 15, 2019, and (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2 [D.I. 596, 4/2/19]

    Objection Deadline:   April 16, 2019 at 4:00 p.m. (ET)

    Related Documents:

    a) Certificate of No Objection [D.I. 617, 4/17/19]

    b) Order (I) Authorizing the Expansion of the Retention and Employment of Grant Thornton LLP as Tax Compliance and Advisory Service Provider, *Nunc Pro Tunc* to February 15, 2019, and (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2 [D.I. 624, 4/22/19]

    Objections Filed:   None

    Status: An order has been entered. No hearing is required.

**FEE APPLICATIONS**

5. Interim Fee Applications

    Objection Deadline:   April 8, 2019 at 4:00 p.m. (ET)

    Related Documents:

    a) See Schedule 1, attached

    b) Certification of Counsel [D.I. 621, 4/18/19]

    c) Proposed Order

    Objections Filed:   None

    Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

**CONTESTED MATTER GOING FORWARD**

6. Debtors' Motion for Entry of an Initial Order and a Further Order (I) Authorizing the Debtors to Make Distributions to Claimants Holding Allowed First Priority Secured Claims and Allowed 503(b) Claims; (II) Authorizing the Debtors to Abandon Certain Property; (III) Dismissing the Debtors' Chapter 11 Cases; (IV) Establishing Procedures with Respect to Final Fee Applications; (V) Authorizing the Debtor Entities to Be Dissolved in Accordance with Applicable State Law; and (VI) Granting Related Relief [D.I. 600, 4/4/19]

    Objection Deadline:   April 18, 2019 at 4:00 p.m. (ET), extended for certain parties

    Objections Filed:

    a) Response of Superior Service Corp. to Debtors' Structured Dismissal Motion and Request for Allowance and Payment of Administrative Claim for Periods From October 2018 through April 2019 [D.I. 619, 4/18/19]

    b) Sheila Jelgersma and Amy Chamberlain's Limited Objection [D.I. 620, 4/18/19]

    c) Westchester Fire Insurance Company's Objection [D.I. 623, 4/22/19]

    d) Informal Response of Ecolab, Inc.

    e) Informal Response of XRG

    Status:   The Debtors are continuing to work with responding parties to resolve the responses listed above as Items (a) through (e). The informal responses listed above as Items (d) and (e) have been resolved in principle, subject to agreed-upon language in a revised form of order. This matter will be going forward.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: April 23, 2019<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>Alyssa Russell<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Andrew L. Magaziner (No. 5426)<br>Elizabeth S. Justison (No. 5911)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RM Wind-Down Holdco LLC, et al., | Case No. 18-11795 (MFW) |
| Debtors. | Jointly Administered |

**SCHEDULE 1
FEE APPLICATION INDEX
SECOND INTERIM FEE REQUEST**

A. Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, Counsel for the Debtors, for the Period From November 1, 2018, Through and Including January 31, 2019 [D.I. 572, 3/18/19]

  1. Monthly Application for the Period November 1, 2018, through November 30, 2018 [D.I. 483, 1/18/19]

  2. Certificate of No Objection [D.I. 524, 2/18/19]

  3. Monthly Application for the Period December 1, 2018, through December 31, 2018 [D.I. 498, 1/31/19]

  4. Certificate of No Objection [D.I. 549, 2/27/19]

  5. Monthly Application for the Period January 1, 2019, through January 31, 2019 [D.I. 571, 3/12/19]

  6. Certificate of No Objection [D.I. 607, 4/8/19]

  7. Supplement to Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 574, 3/18/19]

B. Second Interim Fee Application of Sidley Austin LLP, Counsel for the Debtors for the Period From November 1, 2018, Through and Including January 31, 2019 [D.I. 572, 3/18/19]

  1. Monthly Application for the Period November 1, 2018, through November 30, 2018 [D.I. 466, 1/9/19]

  2. Certificate of No Objection [D.I. 501, 2/1/19]

    3.   Monthly Application for the Period December 1, 2018, through December 31, 2018 [D.I. 511, 2/4/19]

    4.   Certificate of No Objection [D.I. 550, 2/27/19]

    5.   Monthly Application for the Period January 1, 2019, through January 31, 2019, [D.I. 558, 3/4/19]

    6.   Certificate of No Objection [D.I. 606m 4/8/19]

    7.   Supplement to Second Interim Fee Application of Sidley Austin LLP [D.I. 573, 3/18/19]

C.   First Interim Fee Application of Grant Thornton LLP for the Period From August 5, 2018, Through October 31, 2018 [D.I. 572, 3/18/19]

    1.   Application for the Period August 5, 2018, through October 31, 2018 [D.I. 514, 2/6/19]

    2.   Certificate of No Objection [D.I. 568, 3/11/19]