# SIGN-IN SHEET

**CASE NAME:** RM Wind-Down Holdco LLC

**CASE NUMBER:** 18-11795 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** April 25, 2019 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David L. Buchbinder | USTP / DOJ | UST |
| Ken Kansa | Sidley | Debtor |
| Drew Magaziner | YCST | Debtors |
| Allyson Russell / Alyssa Russell | Sidley | Debtor |
| Matthew Pierce | LRC | |
| Guy Brenner | McElroy Deutsch | Tenenbaum Capital Partners |
| Michael Molano | | Mgt Chatter Energy |
| Curtis Brown | Ballard Spahr Buzzkill + Brown | Sheila Jorgensen + Amy Chubinski |
| Derek Abbott | MNAT | Lender / Purchaser |
| Matt Livingston | Cleary | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath
### #4

Calendar Date: 04/25/2019
Calendar Time: 10:30 AM ET

1st Revision  Apr 24 2019  2:22PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RM Wind-Down Holdco LLC | 18-11795 | Hearing | 9753845 | Jason W. Anderson | (312) 602-8208 ext. | Grant Thornton | Interested Party, Grant Thornton / LIVE |
| | | RM Wind-Down Holdco LLC | 18-11795 | Hearing | 9754246 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | RM Wind-Down Holdco LLC | 18-11795 | Hearing | 9753906 | David M. Hillman | (212) 969-3470 ext. | Proskauer Rose LLP | Creditor, Tennenbaum Capital Partners, LLC / LIVE |
| | | RM Wind-Down Holdco LLC | 18-11795 | Hearing | 9753852 | Kelly V. Knight | (212) 756-2503 ext. | Schulte Roth & Zabel LLP | Creditor, Tennenbaum Capital Partners / LISTEN ONLY |
| | | RM Wind-Down Holdco LLC | 18-11795 | Hearing | 9752554 | Michael Larem | (404) 642-4043 ext. | Alvarez & Marsal | Debtor, RM Holdco LLC / LISTEN ONLY |
| | | RM Wind-Down Holdco LLC | 18-11795 | Hearing | 9727172 | Gregory S. Miller | (818) 999-2232 ext. | Stone Dean, LLP | Defendant(s), RM EI Torito LLC / LISTEN ONLY |
| | | RM Wind-Down Holdco LLC | 18-11795 | Hearing | 9744038 | Lisa M. Schweitzer | (212) 225-2629 ext. | Cleary Gottlieb Steen & Hamilton LLP | Interested Party, Z Capital Partners / LIVE |